869 F.2d 587
 52 Ed. Law Rep. 471
 Appeal of Beaston (Sheryl, Vincent), Boggs (Florence),
Conner (Peggy Lee), Fleming (Evelyn), Formanek (Stella M.),
Gossert (Jean), Grace (Dorothy), Helman (Carl), King
(Florence), Kulpak (Stanley), McLaren (Charles), Miller
(Carole, Howard), Moyer (Joseph), Nunn (Clara, Kenneth),
Rego (Jean), Secor (Anna), Snyder (Sally), Wenger (Nancy L.)
 NO. 88-5751
 United States Court of Appeals,
Third Circuit.
 JAN 27, 1989
 
 Appeal From: M.D.Pa.,
 Caldwell, J., 693 F.Supp. 234
 
 
 1
 AFFIRMED.